**Order entered February 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00035-CV

**CODY MURPHY, Appellant**

**V.**

**KILLER RIDEZ, INC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05462-E**

## ORDER

The Court has before it the parties' January 30, 2013 joint motion to substitute mediator.

The Court **GRANTS** the motion and **ORDERS** that Gary Berman serve as mediator in this

matter. All other provisions of the Court's January 28, 2013 mediation order remain in effect.

/s/     MARY MURPHY
         JUSTICE